JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JAYVION GALLOWAY,

    Petitioner,

   v.

F. FOULKS,

    Respondent.

Case No. CV 14-5008 MMM (MRW)

JUDGMENT

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: January 15, 2015

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE